IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DEANDRE L. RODGERS,

    Plaintiff,

v.

CAPTAIN SARA MASON,
DAVID GARDNER, CAPTAIN BROWN,
WARDEN TIM HAINES,
SECURITY DIRECTOR J. SWEENEY,
LIEUTENANT DAVE ESSER,
SERGEANT ROBERTS,
SERGEANT HENNESMAN,
LIEUTENANT CRAIG TOM,
CO. T. BROWN, CO. SHAWN GALLINGER,
CO. KEITH WIEGEL
and SERGEANT SHERMAN,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 12-cv-396-bbc

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendants dismissing this case for plaintiff's failure to state a claim upon which relief may be granted.

_____       _____
Peter Oppeneer, Clerk of Court      6/15/12
                               Date